**IN THE UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

**STANLEY PARKS,**

      **Petitioner,**

**vs.**                              **5:08cv126-RS/AK**

**SCOTT A. MIDDLEBROOKS,**

      **Respondent.**

_____/

**O R D E R**

Petitioner, an inmate proceeding *pro se*, has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  Doc. 1.  Petitioner has failed, however, to pay the required $5.00 filing fee or, alternatively, to file an appropriate application for leave to proceed *in forma pauperis* (IFP).  Review of Petitioner's petition will be deferred until the $5.00 filing fee is paid or an appropriate application for leave to proceed *in forma pauperis* is submitted.

Accordingly, it is **ORDERED:**

1.  The clerk of court shall forward to Petitioner an application for leave to proceed *in forma pauperis*.

2.  Petitioner shall have until **May 27, 2008**, to either file an application for leave to proceed *in forma pauperis* or pay the $5.00 filing fee.

3.  **Failure to respond to this order as instructed will result in a recommendation of dismissal of this action for failure to prosecute and failure to comply with an order of this court**.

**DONE AND ORDERED** this   _**25**<sup>th</sup>_  day of April, 2008.


_s/ A. KORNBLUM_
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**