IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

STANLEY PARKS,

    Petitioner,

vs.                         CASE NO. 5:08cv126-RS-AK

SCOTT A. MIDDLEBROOKS,

    Respondent.
_____/

## **ORDER**

Before me is the Magistrate Judge's Report and Recommendation (Doc. 6) to which Petitioner has not filed objections.

    1. The Magistrate Judge's Report and Recommendation (Doc. 6) is **APPROVED** and **INCORPORATED BY REFERENCE** into this Order.

    2. The Petition for Writ of Habeas Corpus (Doc. 1) is **DENIED** for failure to exhaust administrative remedies.

    3. The case is **DISMISSED WITHOUT PREJUDICE**.

    4. The Clerk is directed to **CLOSE** the file.

    **ORDERED** on June 26, 2008.

                /s/ Richard Smoak
                **RICHARD SMOAK**
                **UNITED STATES DISTRICT JUDGE**